**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Keith L. HOPKINS, Defendant–Appellant.**

**No. 01–7060.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 12, 2001.

Keith L. Hopkins, pro se. Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, VA, for appellee.

Before WIDENER, LUTTIG, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Keith L. Hopkins appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hopkins*, Nos. CR–95–73; CA–99–366–3 (E.D. Va. June 13, 2000 & May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*